LORRAINE DENISE v. O'KEEFE'S GOLF 23.

November 21, 1983.

Petition for certification denied.

ISAURA RESENDE v. UNITED FUR COMPANY.

November 21, 1983.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF JERSEY CENTRAL POW-
ER AND LIGHT COMPANY FOR AN INCREASE IN RATES
AND CHARGES IN THE TARIFFS FOR SUCH SERVICE (BPU
DOCKET NO. 804–285).

December 6, 1983.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF JERSEY CENTRAL POW-
ER AND LIGHT COMPANY FOR AN INCREASE IN RATES
AND CHARGES IN THE TARIFFS FOR SUCH SERVICE (BPU
DOCKET NO. 804–285).

December 6, 1983.

Cross-petition for certification denied.